RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 26 2015

Abel Acosta, Clerk

To Clerk of Criminal Court of Appeal

I am Being Detained in the Collin County Detention facility without use an Denied Law Library I was on A Appeals Bond I have Been a Victom on a Crime wich in Some how my Appeals Bond was Foreitaeted I have proof An Case Numbers for the Crime I have Been Trying To Contact my Attorny an the Court to get me in for Reset of orignal Appeals Bond I Been continard since 6/16/15 in Collin county Jail upon my Confinment I Notee the Affirm of my Appeal I'm Indigent an Trying To file A Petition for A Discretionary Revlaw an hope thes Court Lets me keep current Attorney Jesse Allen To help with the petition for Review Because of my Indigency An Education, I am asking if the Court Would alow me to have Bond Reset Because I was A Victom of A Armed Robber Case out of Dalles offence Case Number # 237294-2015 Dallas P.D. I'm asking you To file thes petition on my behalf according to Rule 68 of the texas Rules of Appellate Procedue I have No Money An Need my current Attorney Jesse Allen to help He was Rehired on 6/23/ in Collin County, Thank you    ask for extention for Attorney

(Letter to Clerk     Rose Andre Berry
(Not filed In public view)          Collin County Detention facility
                                    4300 Community Avenue
                                    McKinney, TX 75071)

FILED IN
COURT OF CRIMINAL APPEALS

JUL 02 2015

Abel Acosta, Clerk

NO. 05-13-01186-CR

ANDRE D BERRY,
          APPELLANT

V.

                       ς

THE STATE OF TEXAS,
          APPellee

ON APPEAl From 380Th
Judicial DistricT Court
Collin County, Texas
TRIAl Court Cause No. 380823212

## PeTiTTon For Discrettonary Review

I Andre Berry Appellant In Above Styled an Numbreed Cause. Appealed From A violaTion of protective oRder conviction A Jury on TRial court Sentenced PeTitioner To four years ConfinemenT. Pursiant To Rule 268 of the TEXAS Rules of Appellate procedure PeTitioner/Appellant Is Filing A PeTition For Discretionary Review Appellant Is Being confined, Indigent an withouT Bond Also Appleant is Being confINed without use of LAW LIBIApy, Appellant Started AppeAl. with Attorney Prose. AppellanT is PetiTionin For Discretionary Review four multupel Reasons. A To Keep CurrenT Counsel

### Reasons

That The opinion Given in Appellants Dission Did not Site To any Issue appellant Argued As Well as The First Issue Alone Appellant Argued ThaT Sentence Imposed By court was Thus Illegal Because it imposed felony PunishmenT for A misdemeanor Conviction An did not Address StaTued Appellant Site To Concerning Lugo US State. As well AS The Jury Charge As a Whole in the Appeal is Ailegeing that the protective oRdoe in this case alone was VioIated oR any assault. An that the Court of criminal Appeals Noted An Admitted there is ERROR as well as the State in the Applicatton paragraph of the TRIAl Courts Charge an Failing To Include Proper Language Requireing The Jury To Find Beyond A Reasonable Doubt

That Appellant was even given notice of a Hearing Whether a Protective order was even Issued upon Appellant.

These Issues an more Appellant is asking for a Discretionary Review in these four matters an Argument. These Issue deprives the defendant of available Right which is Aarmful an Egregiously harmful to Appellent Allen v State, 253 SW 3d 260, 264 (tex crim app 2008) an Sanchez v. S State, 209 SW 3d 117, 121 (tex crim app 2006), once again Assault is a Result of Conduct offense And the Inclusion of Nature-of Conduct language was Error. Agreeing with Appeals court the Charge does not Allege Applent had Notice of A hearAmy in it paragraph to the jury or court which wages great harm as a hold in Entire cause Appellant is Asking an praying Because of his Limited Assets to Law Library an Education, to be Appointed Present Attorney Jesse R Allen To Be Counsel in moving forward with his Argument an prays this Appeals court under the Rule 68 of the texas Rule of Appellate procedure Hears an governs his Petition for Discretionary Review.

Signed, Andre D Berry

Confined, Pro Se
Andre D Berry #228875
Collin County Detention Facility
4300 community avenue
McKinney, TX 75071

(972) 480 4643

Appeal Attorney
Jesse R. Allen
5900 SouthLake forest Drive,
Suite 300
McKinney, Texas 75075
469-238-8910   fax 972-999-0020

That Appellant was even given notice of a hearing whether A protective order was even issued upon Appellant.

These issues an more Appellant is asking for A Discretionary Review in these four matters an argument. These issue deprives the defendent of Available right which is harmful an egregiously harmful To Appellant Allen v. State, 253 S.W. 3d 260, 264 (tex crim App. 2008) an Sanchez V. S State, 209 S.W. 3d 117, 121 (tex crim App. 2006), once again assault is a result of conduct offense and the inclusion of nature-of conduct language was Error. Agreeing with Appeals court the charge does not Allage Appellant had Notice of A hearing in it paragraph to the Jury or court which wages great harm as a hold in entire cause. Appellant is asking an praying because of his limited assets to Law Library an education, to Be Appointed Present Attorney Jesse R Allen To be Counsel in moving forward with his Argument An prays this Appeals court under the Rule 68 of the texas Rule of Appellate procedure Hears an govens his Pettion for Disretionaey Review.

Signed, Andre D Berry

Confined, Pro Se

Andre D Berry #228875
Collin County Detention facility
4300 community Avenue
Mckinney, TX 75071

(972) 980 4643

Appeal Attorney
Jesse R. Allen
5900 South Lake forest Drive,
Suite 300
Mckinney, Texas 75075
469-238-0910  Fax 972-999-2020